1
2
3
4
5
6
7
8                 **UNITED STATES DISTRICT COURT**
9                 **CENTRAL DISTRICT OF CALIFORNIA**
10

11 PARIS B. WILLIAMS,         ) NO. SACV 10-00899 DOC (SS)
                                 )
12             Petitioner,    )
                                 )
13         v.           )          **JUDGMENT**
                                 )
14 S. GARCIA, Warden,      )
                               )
15            Respondent.    )
  ———————————————————————————— )
16
17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and
19 Recommendations of United States Magistrate Judge,
20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed
22 with prejudice.
23

24       DATED: September 14, 2010
25                   _David O. Carter_
                    ————————————————————————
26                     DAVID O. CARTER
                    UNITED STATES DISTRICT JUDGE
27
28